**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Andes Industries, Inc. and
PCT International, Inc.,

        Plaintiff(s),

vs.

Cheng Sun Lan, Kun-Te Yang, Chi-Jen
(Dennis) Lan, Polar Star Management Ltd.,
EZConn Corporation, and eGtran Corporatio
        Defendant(s).

Case # 2:14-cv-400-APG-GWF

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $200.00

        Christopher K. Larus      , Petitioner, respectfully represents to the Court:
        (name of petitioner)

    1.    That Petitioner is an attorney at law and a member of the law firm of

        Robins, Kaplan, Miller & Ciresi, L.L.P.
        (firm name)

with offices at    800 LaSalle Avenue, 2800 LaSalle Plaza
        (street address)

   Minneapolis   ,   Minnesota   ,   55402-2015
   (city)                        (state)           (zip code)

   612-349-8500   ,   CKLarus@rkmc.com
   (area code + telephone number)      (Email address)

    2.    That Petitioner has been retained personally or as a member of the law firm by

   PCT International, Inc.   to provide legal representation in connection with
   [client(s)]

the above-entitled case now pending before this Court.

Rev. 8/14

3. That since __8/22/92 & 3/29/12__, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of __Minnesota__
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| (See attached Exhibit A) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

N/A

2

Rev. 8/14

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

N/A

7. That Petitioner is a member of good standing in the following Bar Associations.

Minnesota & New York

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| (See attached Exhibit) | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 8/14

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ____Minnesota____ )
                           )
COUNTY OF ____Hennepin____ )

____Christopher K. Larus____, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__2nd__ day of __September__, __2014__.

_____
Notary Public or Clerk of Court

MARY A LUTZ
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 01/31/18

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____Justin C. Jones____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____3556 E. Russell Road, 2nd Floor_____,
(street address)

____Las Vegas____, ____Nevada____, ____89120____,
(city)           (state)          (zip code)

____702-341-5200____ . ____JJones@wrslawyers.com____
(area code + telephone number)   (Email address)

4

Rev. 8/14

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) __Wolf, Rifkin, Shapiro, Schulman & Rabkin__ as his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

(party's signature) Angie Rodrigue

Andes Industries, Inc., Secretary
(type or print party name, title)

(party's signature) Angie Rodrigue

PCT International, Inc., Secretary
(type or print party name, title)

### CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

Designated Resident Nevada Counsel's signature

8519          jjonse@wrslawyers.com
Bar number          Email address

APPROVED:

Dated: September 4, 2014.

UNITED STATES DISTRICT JUDGE

5

Rev. 8/14

Exhibit A

## LIST OF COURT AND *PRO HAC VICE* ADMISSIONS

CHRISTOPHER K. LARUS

I have been admitted to practice in the following STATE/FEDERAL CIRCUIT:

| Court Name | Admission Date |
| --- | --- |
| State of Minnesota | August 20, 1992 |
| State of New York | March 29, 2012 |
| United States District Court, District of Minnesota | November 3, 1994 |
| United States District Court, District of Nebraska | 2000 |
| United States District Court, District of Indiana | |
| United States District Court, Eastern Texas | March 11, 2011 |
| United States District Court, District of Colorado | October 15, 2013 |
| United States Court of Appeals – 1st Circuit | July 14, 2009 |
| United States Court of Appeals - 5th Circuit | February 23, 1995 |
| United States Court of Appeals - 8th Circuit | 2000 |
| United States Court of Appeals - Federal Circuit | April 17, 2001 |
| Minnesota Supreme Court | August 20, 1992 |
| New York Supreme Court | March 29, 2012 |

I have **PRACTICED** *pro hac vice* in the following Courts:

| Court | Approx. Date of Admission |
| --- | --- |
| U.S. District Court - No. Div. Of Texas | 12/26/07 - (3-07-cv-1932M) |
| U.S. District Court - No. Dist. Of Illinois | 1/17/08 (07-cv-6381) |
| U.S. District Court - No. Dist. Of Illinois | 06/30/07 (07-cv-2739) |
| U.S. District Court - Eastern Dist. Of Texas | 03/13/06 (06-cv-42) |
| U.S. District Court - Eastern Dist. Of Texas | 02/05/08 (07-cv-306) |
| U.S. District Court – Northern Dist of New York | 12/18/09 (5:09-cv-01149) |
| U.S. District Court – Western Dist of Texas | 1/19/10 (5:09-CA-0410) |
| US District Court – Eastern District of New York | 3/8/11 (2:11-cv-00947) |
| U.S. District Court – District of Arizona | 4/7/11 (4:11-cv-00182) |
| US District Court–Southern District of California | 7/17/12 (3:12-cv-01514) |
| U.S. District Court-Western District of Virginia | 12/16/13 (3:13-cv-00037-GEC) |
| U.S. District Court – District of Nevada | 3/20/14 (2:14-cv-00400-APG-GWF) |

20260686.1

# STATE OF MINNESOTA IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

CHRISTOPHER KENNETH LARUS

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

August 20, 1992

Given under my hand and seal of this court on

March 14, 2014



Margaret Fuller Corneille
Office of Lawyer Registration





# State of New York
## Supreme Court, Appellate Division
### Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Christopher Kenneth Larus

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the 29th day of March, 2012, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this 14th day of March, 2014.



*Robert D. Mayberger*
Clerk