**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| ANDIES INDUSTRIES, INC. and PCT INTERNATIONAL INC., | Case No. 2:14-CV-00400-APG-GWF |
| Plaintiffs, | **ORDER** |
| v. | |
| CHENG SUN LAN, *et al.*, | |
| Defendants. | |

IT IS ORDERED that the parties shall file a status report on or before September 15, 2015.

DATED this 21st day of August, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE