# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANDES INDUSTRIES, *et al.*, ) | |
| Plaintiff, ) | Case No. 2:14-cv-00400-APG-GWF |
| vs. ) | **ORDER** |
| CHENG SUN LAN, *et al.*, ) | |
| Defendant. ) | |

This matter is before the Court on Ruttenberg IP Law's ("RIPL") Motion to File Under Seal (#131), filed on May 9, 2016.

RIPL requests leave to file the exhibits attached to its Motion to Enforce Lien (#130) under seal because its prior clients "do not waive any attorney-client or other privilege" and do not authorize RIPL to waive the privilege. *Motion (#131), pg. 1, lns. 8–9.* RIPL represents that in light of its prior client's representations, it "has redacted unnecessary information from the supporting documents (Exhibits 1 through 8)." *Id. at lns. 19–20.* However, RIPL fails to detail what these documents are and that, as redacted, they contain confidential communications that should not be publicly disclosed. Accordingly,

**IT IS HEREBY ORDERED** that Ruttenberg IP Law's Motion to File Under Seal (#131) is **denied** without prejudice. RIPL is advised that if it decides to re-file its motion it should clarify (1) what information is contained in the documents it seeks to seal, and (2) why its redaction of "unnecessary information" does not obviate the need to seal the exhibits.

DATED this 11th day of May, 2016.

*George Foley Jr.*
GEORGE FOLEY, JR.
United States Magistrate Judge